IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                      No. 3:05cv00150 GTE

LARRY THOMAS and ROSIE LEE
THOMAS, husband and wife                                          DEFENDANTS

ORDER

This foreclosure case being under the Stay of Bankruptcy, Case No. 3:05bk19013 ARE, Eastern District of Arkansas, it is ORDERED that the Clerk administratively terminate this foreclosure action, with leave to the parties to reopen the case should the bankruptcy stay be lifted.

Dated: October 11, 2005                           _/s/ Garnett Thomas Eisele___
                                                  UNITED STATES DISTRICT JUDGE